IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIE A. HICKS-FIELD, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. H-12-3650 |
| § | |
| CHRISTOPHER POOL, § | |
| HARRIS COUNTY, TEXAS, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING RECOMMENDATION ON RECONSIDERATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation, the objections filed thereto, and the Recommendation on Reconsideration, the court is of the opinion that the Recommendation on Reconsideration should be adopted by this court.

The Recommendation on Reconsideration is hereby **ADOPTED**.

**SIGNED** at Houston, Texas, this 30th day of September, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE